UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

VANESSA KUTZLEB,

    Plaintiff,                             Case No. 20-cv-1841

v.

APEO, LLC d/b/a ASPEN DENTAL, *et. al.*

    Defendants

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby stipulate pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii) that this matter may be dismissed with prejudice and without costs to either party.

Dated: September 16, 2021    By: *s/ Scott S. Luzi*
    Scott S. Luzi, SBN 1067405
    Walcheske & Luzi, LLC
    235 N. Executive Drive, Suite 240
    Brookfield, Wisconsin 53005
    Telephone: (262) 780-1953
    Email: sluzi@walcheskeluzi.com

    *Attorneys for Plaintiff*

Dated: September 16, 2021    By: *s/ Michael Yellin*
    Michael Yellin, SBN 1081448
    Littler Mendelson, P.C.
    111 E. Kilbourn Avenue, Suite 1000
    Milwaukee, Wisconsin 53202
    Telephone: (414) 291-5536
    Email: myellin@littler.com

    *Attorneys for Defendants*